# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

No. 22-11230-BB

LARRY E. KLAYMAN,

                        Plaintiff - Appellant,

versus

INFOWARS, LLC,
FREE SPEECH SYSTEMS, LLC,
ALEX E. JONES,
DAVID JONES,
OWEN SHROYER, et al.,

                        Defendants - Appellees.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

O R D E R:

On August 5, 2022, Appellee Free Speech Systems, LLC filed a suggestion of bankruptcy regarding its filing on July 29, 2022, a voluntary Chapter 11 bankruptcy petition in the U.S. Bankruptcy Court for the Southern District of Texas (Houston), in Case No. 4:22-bk-60043, *In Re: Free Speech Systems, LLC*. Accordingly, this appeal is hereby STAYED IN ITS ENTIRETY pending further orders of the Bankruptcy Court and this Court. *See* 11 U.S.C. § 362. Appellee Free Speech Systems, LLC is DIRECTED to file monthly status reports with this Court by the 15th of each month.

                        /s/ Andrew Brasher
                        UNITED STATES CIRCUIT JUDGE