## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 21, 2022

Free Speech Systems, LLC
PO Box 19549
Austin, TX 78760

Appeal Number: 22-11230-BB
Case Style: Larry Klayman v. Infowars, LLC, et al
District Court Docket No: 0:20-cv-61912-AMC

This office has not received a status report for this month regarding the abatement of proceedings in this appeal. Parties are reminded that status reports are required to be filed on the 15th day of each month.

Failure to timely file a required status report may cause: the appeal to be reinstated to the active docket, the appeal to be dismissed for want of prosecution under the provisions of 11th Cir. R. 42-1, 42-2, or 42-3, and possible disciplinary action against counsel as described in Addendum Eight. See I.O.P. 1 to Fed. R. App. P. 26.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Richardson, BB
Phone #: (404) 335-6174

MOT-8 Letter re Late Status Report