# CASE NO. 22-11230

## IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

LARRY KLAYMAN

vs.

INFOWARS, LLC et. al.

_____

## APPELLEE ROGER STONE'S

## RESPONSE TO OCTOBER 11, 2024 COURT ORDER

_____

Robert C. Buschel, Esq.

BUSCHEL GIBBONS, P.A.
501 East Las Olas Blvd., Third Floor
Fort Lauderdale, FL 33301
Tele:   (954) 530-5748 (direct)
Email: Buschel@BGlaw-pa.com

*Attorney for Appellee
Roger Stone*

*Klayman v. Infowars, LLC et. al.*
Case No. 22-11230

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of 5th Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

| **Appellees:** | **Counsel for Appellees:** |
|---|---|
| Free Speech Systems, L.L.C. | Jay Wolman of Randazza Legal Group, P.L.L.C. Hartford, CT |
| Free Speech Systems, L.L.C. | Bradley Reeves of Reeves Law, P.L.L.C. Austin, TX |
| Free Speech Systems, L.L.C. | Marc Randazza of Randazza Legal Group, P.L.L.C. Las Vegas, NV |
| Infowars, L.L.C. | Jay Wolman of Randazza Legal Group, P.L.L.C. Hartford, CT |
| Infowars, L.L.C. | Bradley Reeves of Reeves Law, P.L.L.C. Austin, TX |
| Infowars, L.L.C. | Marc Randazza of Randazza Legal Group, P.L.L.C. Las Vegas, NV |
| David Jones | Gregory Sapire of Soltero Sapire Murrell, P.L.L.C. Austin, TX |
| Alex Jones | Jay Wolman of Randazza Legal Group, P.L.L.C. Hartford, CT |
| Alex Jones | Bradley Reeves of Reeves Law, P.L.L.C. Austin, TX |
| Alex Jones | Marc Randazza of Randazza Legal Group, P.L.L.C. Las Vegas, NV |

| | |
|---|---|
| Alex Jones | F. Andino Reynal, Esq. Houston, Tex. |
| David Jones | David Wachen of Wachen, L.L.C. Potomac, MD |
| Owen Shroyer | Jay Wolman of Randazza Legal Group, P.L.L.C. Hartford, CT |
| Owen Shroyer | Bradley Reeves of Reeves Law, P.L.L.C. Austin, TX |
| Owen Shroyer | Marc Randazza of Randazza Legal Group, P.L.L.C. Las Vegas, NV |
| Roger Stone | Robert Buschel of Buschel Gibbons, P.A. Fort Lauderdale, FL |

| **Appellants:** | **Counsel for Appellants:** |
|---|---|
| Jerome Corsi | Larry Klayman of Freedom Watch, Inc. Washington, DC |
| Jerome Corsi | Sanjay Biswas Frisco, TX |
| Larry Klayman | Larry Klayman of Freedom Watch, Inc. Washington, DC |

| **Other Interested Parties:** | **Counsel for Interested Parties:** |
|---|---|
| United States District Judge Lee Yeakel – W.D. Texas case | |
| United States Magistrate Judge Andrew Austin –W.D. Texas case | |

*Klayman v. Infowars, LLC et. al.*
Case No. 22-11230

| | |
|---|---|
| United States District Judge Roy K. Altman, Southern District of Florida | |
| United States District Judge Aileen Cannon, Southern District of Florida | |
| United States District Judge Darrin P. Gayles, Southern District of Florida | |

S/Robert C. Buschel

                                              Attorney of record for Roger Stone

*Klayman v. Infowars, LLC et. al.*
Case No. 22-11230

# **RESPONSE**

On October 11, 2024, this Court ordered the parties to inform the Court in writing as to whether the stay of this appeal should remain in place or be lifted. The Court ordered this based upon a court issued stay of the appeal, pursuant to 11 U.S.C. § 362(a).

Appellee Roger Stone is not involved in any bankruptcy proceeding. Only the Jones Appellees can speak to the procedural posture of the bankruptcy proceedings, as ordered by the Court.

As far as Roger Stone is concerned, he believes this appeal can be dismissed as duplicative. Setting aside that Mr. Stone was not properly served with this lawsuit in 2020, and the action against him was dismissed based upon that ground, (doc. 46); this case has been adjudicated in the Western District of Texas. *See Corsi & Klayman v. InfoWars, et. al.*, 1:20-cv-00298 (W.D. Tex. 2020), Case No. 21-509964 (stayed on appeal because of Jones' bankruptcy) (5th Cir. 2021).

Appellee Stone urges the Court to lift the stay in this matter when procedurally able.

*Klayman v. Infowars, LLC et. al.*
*Case No. 22-11230*

                                          Respectfully submitted,

                                          ___/s/__Robert Buschel_____

                                          Robert C. Buschel
                                          Florida Bar No. 0063436

                                          BUSCHEL GIBBONS, P.A.
                                          501 East Las Olas Boulevard
                                          Third Floor
                                          Fort Lauderdale, FL 33301
                                          Tele:   (954) 530-5748 (direct)
                                          Email: Buschel@BGlaw-pa.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the Parties and all interested parties receiving notices via CM/ECF.

                                          BUSCHEL GIBBONS, P.A.

                                          By: /s/ Robert C. Buschel
                                                  Robert C. Buschel, Esq.