# No. 22-11230-E

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

LARRY E. KLAYMAN,

Plaintiff - Appellant

v.

INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC; ALEX E. JONES, DAVID JONES, OWEN SHROYER, and ROGER STONE,

Defendants - Appellees

---

Appeal from

United States District Court for the Southern District of Florida

0:20-cv-61912-AMC

---

### APPELLEE DAVID JONES'S
### RESPONSE TO OCTOBER 11, 2024 COURT ORDER

---

Walter J. Taché  
Taché, Bronis and Descalzo, P.A.  
150 S.E. 2 Avenue, Suite 600  
Miami, FL 33131  
(305) 537-9565  
wtache@tachebronis.com

David S. Wachen  
Wachen LLC  
11605 Montague Court  
Potomac, MD 20854  
(240) 292-9121  
david@wachenlaw.com

*Attorneys for Defendant-Appellee David Jones*

October 23, 2024

# No. 22-11230-E

# Larry E. Klayman v. Infowars, LLC

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1(a), Defendant-Appellee David Jones submits this Certificate of Interested Persons and Corporate Disclosure Statement, listing in alphabetical order (last name first for individuals) all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, publicly held corporations that own 10% or more of a party's stock, and other identifiable legal entities related to a party.

Altman, Roy K., U.S. District Judge

Austin, Andrew, U.S. Magistrate Judge

Biswas, Sanjay

Buschel, Robert C.

Buschel Gibbons, PA

Cannon, Aileen M., U.S. District Judge

Corsi, Jerome

1

Descalzo, Marissel

Fitton, Tom

Freedom Watch, Inc.

Free Speech Systems, LLC

Gayles, Darrin P., U.S. District Judge

Howell, Dustin M., U.S. Magistrate Judge

InfoW, LLC, f/k/a Infowars, LLC

Infowars, LLC

Isaak Law Firm

Isaak, Melissa

James, Dina

Jones, Alex E.

Jones, David

Judicial Watch, Inc.

Klayman, Larry E.

Klayman Law Group, P.A.

Maynard Nexsen PC

Montgomery, Dennis

Morales, Kelly

Peer, Oliver

Randazza, Marc J.

Randazza Legal Group, PLLC

Reeves, Bradley

Reeves Law, PLLC

Reynal, F. Andino

Santilli, Pete

Sapire, Greg P.

Shroyer, Owen

Smith, Grant

Stone, Roger

Taché, Walter J.

Taché, Bronis and Descalzo, PA

Wachen, David S.

Wachen LLC

Wolman, Jay M.

Yeakel, Lee, U.S. District Judge

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

# APPELLEE DAVID JONES'S
# RESPONSE TO OCTOBER 11, 2024 COURT ORDER

On October 11, 2024, this Court ordered the parties to inform the Court in writing as to whether the stay of this appeal should remain in place or be lifted. The Court ordered this based upon a court issued stay of the appeal, pursuant to 11 U.S.C. § 362(a).

That stay was entered on September 14, 2022, in relation to Defendant-Appellee Free Speech Systems LLC's Petition for Bankruptcy with the United States Bankruptcy Court for the Southern District of Texas (Case No. 22-60043). While this Court's order of October 11, 2024 notes that Bankruptcy Case No. 22-60043 has been dismissed, the Court also notes that Bankruptcy Case No 22-33553, the bankruptcy case of Defendant-Appellee Alexander E. Jones is still pending.

In a similar case, *Corsi & Klayman v. InfoWars, et. al.*, No. 21−50964 (Fifth Cir. Apr. 20, 2023), the Fifth Circuit noted the suggestion of bankruptcy by Defendant-Appellee Alexander E. Jones. *See* Ex. 1 hereto.

As noted by the attached status report in *Corsi*, that bankruptcy remains pending. *See* Ex. 2 hereto.

Accordingly, Defendant-Appellee David Jones submits this Court should continue to stay this appeal pending disposition of those bankruptcy proceedings involving Defendant-Appellee Alexander E. Jones pursuant to 11 U.S.C. § 362(a).

Respectfully submitted,

| | |
|---|---|
| */s/Walter J. Taché* | */s/David S. Wachen* |
| Walter J. Taché, Esq. | David S. Wachen, Esq. |
| Taché, Bronis and Descalzo, P.A. | Wachen LLC |
| 150 S.E. 2 Avenue, Suite 600 | 11605 Montague Court |
| Miami, FL 33131 | Potomac, MD 20854 |
| (305) 537-9565 | (240) 292-9121 |
| wtache@tachebronis.com | Fax (301) 259-3846 |
| | david@wachenlaw.com |

*Attorneys for Defendant-Appellee David Jones*

**Certificate of Service**

I certify that on this 23rd day of October, 2024, I caused a true and correct copy of the foregoing document to be electronically transmitted through the Court's ECF system to all counsel and parties of record.

*/s/Walter J. Taché*
Walter J. Taché, Esq.

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B) and 32(f): this document contains 54 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365, version 2206, in 14-point type in Times New Roman font.

*s/David S. Wachen*
David S. Wachen

EXHIBIT 1

**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

## Selected docket entries for case 21–50964

Generated: 10/23/2024 09:13:40

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 04/20/2023 | 84 | | SUGGESTION OF BANKRUPTCY filed by Appellee Mr. Alex E. Jones Case placed in abeyance. [21–50964] REVIEWED AND/OR EDITED – The original text prior to review appeared as follows: SUGGESTION OF BANKRUPTCY filed by Appellee Mr. Alex E. Jones Case placed in abeyance. Date of Service: 04/20/2023 via email – Attorney for Appellants: Biswas, Klayman; Attorney for Appellees: Buschel, Randazza, Reeves, Reynal, Sapire, Wachen, Wolman [21–50964] (Federico Reynal ) |
| | 84 Suggestion of Bankruptcy Filed **DOCUMENT COULD NOT BE RETRIEVED!** | | |
| | 84 MISC–7 Letter | 2 | |

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2023

Mr. Federico Reynal
Reynal Law Firm, P.C.
917 Franklin Street
6th Floor
Houston, TX 77002

    No. 21-50964   Corsi v. Infowars
                        USDC No. 1:20-CV-298

Dear Mr. Reynal,

The suggestion of bankruptcy as to Alex Jones, was received and filed on April 20, 2023. This appeal is stayed pending disposition of the bankruptcy proceedings pursuant to 11 U.S.C. § 362 (a). Please provide the court with an updated status report on the bankruptcy proceedings every 30 days. The court must be notified immediately upon the lifting of the automatic stay or of any other event in the bankruptcy court that affects the ability of this court to proceed further.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa V. Mattingly, Deputy Clerk
                                      504-310-7719

cc:
    Mr. Sanjay Biswas
    Mr. Robert C. Buschel
    Mr. Larry Klayman
    Mr. Marc Randazza
    Mr. Bradley Reeves
    Mr. Gregory Philip Sapire
    Mr. David S. Wachen
    Mr. Jay Marshall Wolman

EXHIBIT 2

# THE REYNAL LAW FIRM, P.C.

October 7, 2024

Lyle Cayce

Clerk, Fifth Circuit Court of Appeals

600 S. Maestri Pl., Suite 115

New Orleans, LA 70130

*Re: Corsi v. Infowars, 21-50964*

Dear Mr. Cayce,

I can advise the Court that Alex Jones remains in bankruptcy and that the bankruptcy stay has not been lifted.

Sincerely yours,


F. Andino Reynal

Counsel for Alex Jones and Free Speech Systems, LLC.