No. 22-11230

_____

## IN THE ALABAMA COURT OF CIVIL APPEALS

_____

**LARRY E. KLAYMAN,**

                                            Appellant

v.

**INFOWARS, LLC., FREE SPEECH SYSTEMS, LLC., ALEX E. JONES, DAVID JONES, OWEN SHROYER, et al.,**

                                              Appellees.

_____

On Appeal from
United States District Court for the Southern District of Florida
0:20-cv-61912-AMC

_____

**APPELLANT LARY E. KLAYMAN'S MOTION FOR LEAVE TO FILE RESPONSE TO OCTOBER 11, 2024 COURT ORDER AND RESPONSE**

_____

                                  Respectfully Submitted,

                                          Melissa Lea Isaak
                                          Florida Bar Number: 54668
                                          Isaak Law Firm
                                          PO Box 4894
                                          Montgomery, AL 36103
                                          melissa@protectingmen.com
                                          Direct: 334-262-8200

*Counsel for Appellant Larry Klayman*

*Larry E. Klayman v. Infowars, LLC, et. al.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1(a), Defendant-Appellee David Jones submits this Certificate of Interested Persons and Corporate Disclosure Statement, listing in alphabetical order (last name first for individuals) all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, publicly held corporations that own 10% or more of a party's stock, and other identifiable legal entities related to a party.

Altman, Roy K., U.S. District Judge

Austin, Andrew, U.S. Magistrate Judge

Biswas, Sanjay

Buschel, Robert C.

Buschel Gibbons, PA

Cannon, Aileen M., U.S. District Judge

Corsi, Jerome

Descalzo, Marissel

Fitton, Tom

Freedom Watch, Inc.

Free Speech Systems, LLC

Gayles, Darrin P., U.S. District Judge

Howell, Dustin M., U.S. Magistrate Judge

InfoW, LLC, f/k/a Infowars, LLC

Infowars, LLC

Isaak Law Firm

Isaak, Melissa

James, Dina

Jones, Alex E.

Jones, David Judicial Watch, Inc.

Klayman, Larry E.

Klayman Law Group, P.A.

Maynard Nexsen PC

Montgomery, Dennis

Morales, Kelly

Peer, Oliver

Randazza, Marc J.

Randazza Legal Group, PLLC

Reeves, Bradley

Reeves Law, PLLC

Reynal, F. Andino

Santilli, Pete

Sapire, Greg P.

Shroyer, Owen

Smith, Grant

Stone, Roger

Taché, Walter J.

Taché, Bronis and Descalzo, PA

Wachen, David S.

Wachen LLC

Wolman, Jay M.

Yeakel, Lee, U.S. District Judge

      No publicly traded company or corporation has an interest in the outcome of this case or appeal.

*Larry E. Klayman v. Infowars, LLC, et. al.*

# APPELLANT LARRY KLAYMAN'S MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME PURSUANT TO ORDER ISSUED NOVEMBER 22, 2024

Appellant Larry Klayman moves for leave to file this *"Appellant Larry Klayman's Response to October 11, 2024 Order of the Court"* as the date to respond has passed as a result of a breakdown in attorney-client communication, which will result in a subsequent motion seeking the Undersigned's withdrawal as counsel for the appellant, filed pursuant to local rules.

Respectfully Submitted,

    Melissa Lea Isaak
    Florida Bar Number: 54668
    Isaak Law Firm
    PO Box 4894
    Montgomery, AL 36103
    melissa@protectingmen.com
    Direct: 334-262-8200

*Counsel for Appellant Larry Klayman*

*Larry E. Klayman v. Infowars, LLC, et. al.*

# APPELLANT LARRY KLAYMAN'S RESPONSE TO OCTOBER 11, 2024 ORDER OF THE COURT

The Undersigned on behalf of the Appellant requests that the stay be lifted per the Appellant's request.

Respectfully Submitted,

    Melissa Lea Isaak
    Florida Bar Number: 54668
    Isaak Law Firm
    PO Box 4894
    Montgomery, AL 36103
    melissa@protectingmen.com
    Direct: 334-262-8200

*Counsel for Appellant Larry Klayman*

# **CERTIFICATE OF COMPLIANCE**

     1.    This document complies with the type-volume limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 27(a)(2)(B) and 32(f): this document contains 140 words.

     2.    This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5), and the type-style requirements of FED. R. APP. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft

     Word for Microsoft 365 (Office), version 18.2411.1163.0, in 14-point type in Times New Roman font.

     /s/ Melissa Isaak_____
     Melissa Isaak