No. 22-11230

_____

**IN THE ELEVENTH CIRCUIT COURT OF APPEALS**

_____

**LARRY E. KLAYMAN,**

                        **Appellant**

v.

**INFOWARS, LLC., FREE SPEECH SYSTEMS, LLC., ALEX E. JONES, DAVID JONES, OWEN SHROYER, et al.,**

                        **Appellees.**

_____

On Appeal from
United States District Court for the Southern District of Florida
0:20-cv-61912-AMC

_____

**MOTION TO WITHDRAW**

_____

                        Respectfully Submitted,

                        Melissa Lea Isaak
                        Florida Bar Number: 54668
                        Isaak Law Firm
                        PO Box 4894
                        Montgomery, AL 36103
                        melissa@protectingmen.com
                        Direct: 334-262-8200

            *Counsel for Appellant Larry Klayman*

February 4, 2025

## *Larry E. Klayman v. Infowars, LLC, et. al.*

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1(a), Plaintiff-Appellant Larry E. Klayman submits this Certificate of Interested Persons and Corporate Disclosure Statement, listing in alphabetical order (last name first for individuals) all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, publicly held corporations that own 10% or more of a party's stock, and other identifiable legal entities related to a party.

1. Altman, Roy K., U.S. District Judge
2. Austin, Andrew, U.S. Magistrate Judge
3. Biswas, Sanjay
4. Buschel, Robert C.
5. Buschel Gibbons, PA
6. Cannon, Aileen M., U.S. District Judge
7. Corsi, Jerome
8. Descalzo, Marissel
9. Fitton, Tom
10. Freedom Watch, Inc.
11. Free Speech Systems, LLC
12. Gayles, Darrin P., U.S. District Judge
13. Howell, Dustin M., U.S. Magistrate Judge
14. InfoW, LLC, f/k/a Infowars, LLC
15. Infowars, LLC
16. Isaak Law Firm

17. Isaak, Melissa
18. James, Dina
19. Jones, Alex E.
20. Jones, David Judicial Watch, Inc.
21. Klayman, Larry E.
22. Klayman Law Group, P.A.
23. Maynard Nexsen PC
24. Montgomery, Dennis
25. Morales, Kelly
26. Peer, Oliver
27. Randazza, Marc J.
28. Randazza Legal Group, PLLC
29. Reeves, Bradley
30. Reeves Law, PLLC
31. Reynal, F. Andino
32. Santilli, Pete
33. Sapire, Greg P.
34. Shroyer, Owen
35. Smith, Grant
36. Stone, Roger
37. Taché, Walter J.
38. Taché, Bronis and Descalzo, PA
39. Wachen, David S.
40. Wachen LLC
41. Wolman, Jay M.

42. Yeakel, Lee, U.S. District Judge

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

*Larry E. Klayman v. Infowars, LLC, et. al.*

## **MOTION TO WITHDRAW**

The Undersigned motions for an order permitting her withdrawal as counsel of record for the Appellant, Larry Klayman. The Undersigned states that she has provided the requisite notice to the Appellant.

Respectfully Submitted on this the 4th day of February, 2025,

>Melissa Lea Isaak
>Florida Bar Number: 54668
>Isaak Law Firm
>PO Box 4894
>Montgomery, AL 36103
>melissa@protectingmen.com
>Direct: 334-262-8200

*Counsel for Appellant Larry Klayman*

# **CERTIFICATE OF COMPLIANCE**

      1.    This document complies with the type-volume limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 27(a)(2)(B) and 32(f): this document contains 549 words.

      2.    This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5), and the type-style requirements of FED. R. APP. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft

Word for Microsoft 365 (Office), version 18.2411.1163.0, in 14-point type in Times New Roman font.

      /s/ Melissa Isaak_____
      Melissa Isaak