In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11230

_____

LARRY E. KLAYMAN,

Plaintiff-Appellant,

*versus*

INFOWARS, LLC,
FREE SPEECH SYSTEMS, LLC,
ALEX E. JONES,
DAVID JONES,
OWEN SHROYER, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

D.C. Docket No. 0:20-cv-61912-AMC

_____

ORDER:

    Melissa Lea Isaak's motion to withdraw as counsel for the Appellant is GRANTED.


/s/ Andrew L. Brasher

UNITED STATES CIRCUIT JUDGE