# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 29, 2026

David S. Wachen
Wachen LLC
11605 MONTAGUE CT
POTOMAC, MD 20854

Appeal Number: 22-11230-GG
Case Style: Larry Klayman v. Infowars, LLC, et al
District Court Docket No: 0:20-cv-61912-AMC

This office has not received a status report for this month regarding the abatement of proceedings in this appeal.

Failure to timely file a required status report may cause possible disciplinary action against counsel as described in Addendum Eight. See I.O.P. 1 to Fed. R. App. P. 26.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-8 Letter re Late Status Report