# No. 22-11230-E

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

LARRY E. KLAYMAN,

Plaintiff - Appellant

v.

INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC; ALEX E. JONES, DAVID JONES, OWEN SHROYER, and ROGER STONE,

Defendants - Appellees

Appeal from
United States District Court for the Southern District of Florida
0:20-cv-61912-AMC

**APPELLEE DAVID JONES'S
RESPONSE TO FEBRUARY 3, 2025 ORDER RE STATUS OF
ALEXANDER E. JONES BANKRUPTCY**

Walter J. Taché
Taché, Bronis and Descalzo, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, FL 33131
(305) 537-9565
wtache@tachebronis.com

David S. Wachen
Wachen LLC
11605 Montague Court
Potomac, MD 20854
(240) 292-9121
david@wachenlaw.com

*Attorneys for Defendant-Appellee David Jones*

January 30, 2026

**Larry E. Klayman v. Infowars, LLC**

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1(a), Defendant-Appellee David Jones submits this Certificate of Interested Persons and Corporate Disclosure Statement, listing in alphabetical order (last name first for individuals) all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, publicly held corporations that own 10% or more of a party's stock, and other identifiable legal entities related to a party.

Altman, Roy K., U.S. District Judge

Austin, Andrew, U.S. Magistrate Judge

Biswas, Sanjay

Buschel, Robert C.

Buschel Gibbons, PA

Cannon, Aileen M., U.S. District Judge

Corsi, Jerome

1

Descalzo, Marissel

Fitton, Tom

Freedom Watch, Inc.

Free Speech Systems, LLC

Gayles, Darrin P., U.S. District Judge

Howell, Dustin M., U.S. Magistrate Judge

InfoW, LLC, f/k/a Infowars, LLC

Infowars, LLC

Isaak Law Firm

Isaak, Melissa

James, Dina

Jones, Alex E.

Jones, David

Judicial Watch, Inc.

Klayman, Larry E.

Klayman Law Group, P.A.

Montgomery, Dennis

Morales, Kelly

Peer, Oliver

Randazza, Marc J.

Randazza Legal Group, PLLC

Reeves, Bradley

Reeves Law, PLLC

Santilli, Pete

Sapire, Greg P.

Shroyer, Owen

Smith, Grant

Maynard Nexsen PC

Stone, Roger

Taché, Walter J.

Taché, Bronis and Descalzo, PA

Wachen, David S.

Wachen LLC

Wolman, Jay M.

Yeakel, Lee, U.S. District Judge

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

**APPELLEE DAVID JONES'S**
**RESPONSE TO FEBRUARY 3, 2025 ORDER**

On February 3, 2025, this Court ordered Appellee David Jones to file quarterly status reports, beginning ninety days from its Order, as to the status of bankruptcy case, 22-bk-33553, *In re Alexander E. Jones,* in the U.S. Bankruptcy Court for the Southern District of Texas.

It is David Jones's counsel's understanding that Alexander E. Jones remains in bankruptcy and that the bankruptcy stay has not been lifted.

Accordingly, this Court should continue to stay this appeal pending disposition of the bankruptcy proceedings involving Defendant-Appellee Alexander E. Jones pursuant to 11 U.S.C. § 362(a).

Respectfully submitted,

| | |
|---|---|
| */s/Walter J. Taché* | */s/David S. Wachen* |
| Walter J. Taché, Esq. | David S. Wachen, Esq. |
| Taché, Bronis and Descalzo, P.A. | Wachen LLC |
| 150 S.E. 2 Avenue, Suite 600 | 11605 Montague Court |
| Miami, FL 33131 | Potomac, MD 20854 |
| (305) 537-9565 | (240) 292-9121 |
| wtache@tachebronis.com | Fax (301) 259-3846 |
| | david@wachenlaw.com |

*Attorneys for Defendant-Appellee David Jones*

**Certificate of Service**

I certify that on this 30th day of January, 2026, I caused a true and correct copy of the foregoing document to be electronically transmitted through the Court's ECF system to all counsel and parties of record.

*/s/David S. Wachen*
David S. Wachen

**CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 27(a)(2)(B) and 32(f): this document contains 102 words.

2. This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5), and the type-style requirements of FED. R. APP. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365, version 2509, in 14-point type in Times New Roman font.

*s/David S. Wachen*
David S. Wachen